# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

NOV 0 3 2023

Nathan Ochsner, Clerk of Court

20231017-165
Edmund Heimlich
569 E. Church St.
Marion, OH US 43302

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, October 17, 2023
Case Number: 4:23-cv-03951
Document Number: 8 (3 pages)
Notice Number: 20231017-165
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



US POSTAGE
ZIP 77002 $
02 1W
0001374615C

United States Courts
Southern District of Texas
FILED

NOV 03 2023

Nathan Ochsner, Clerk of Court

NIXIE      430  DE 1         0010/29/

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 77208101010      *0233-16649-18

4330239989
77208>1010