# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20231019-174

Edmund Heimlich
569 East Church Street
Marion, OH US 43302

United States Courts
Southern District of Texas
F I L E D

NOV 0 6 2023

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, October 19, 2023
Case Number: 4:23-cv-03951
Document Number: 9 (2 pages)
Notice Number: 20231019-174
Notice: The attached order has been entered.

